UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE RAYFORD                                    CIVIL ACTION

VERSUS                                            NUMBER: 10-2823

MARLIN GUSMAN, ET AL.                             SECTION: "N"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants, Officers L. David and L. Carter of the New Orleans Police Department, are dismissed without prejudice for failure to prosecute pursuant to Rule 4(m), Fed.R.Civ.P.

New Orleans, Louisiana, this 27th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE