UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLIE RAYFORD                                          CIVIL ACTION

VERSUS                                                  NUMBER: 10-2823

MARLIN GUSMAN, ET AL.                                   SECTION: "N"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's §1983 claim against Sheriff Gusman is dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 22nd day of May, 2012.

UNITED STATES DISTRICT JUDGE